**Opinion issued March 2, 2023**



In The

# Court of Appeals

### For The

# First District of Texas

_____

### NO. 01-23-00058-CV

_____

### IN RE ERIC D. BURNS, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator Eric D. Burns filed a petition for writ of mandamus complaining that the trial court erred by requiring him to pay for the court reporter's record in his appeal, *Eric D. Burns v. EMD Supply, Inc., et al.*, which is pending in this Court as case number 01-22-00929-CR. On February 7, 2023, this Court ordered the court reporter "to prepare and file a reporter's record at no cost to Appellant," which she did on February 16, 2023.

Therefore, we dismiss the petition for writ of mandamus and all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.